No. 9763. STATE OF MONTANA on the Relation of LESTER H. LOBLE, RELATOR, *v.* DISTRICT COURT of the FIRST JUDICIAL DISTRICT of the STATE OF MONTANA, in and for the COUNTY OF LEWIS AND CLARK, and THE HONORABLE E. E. FENTON, Judge Presiding, RESPONDENTS.

303 Pac. (2d) 413.

Decided Nov. 20, 1956.

*Loble & Loble* and *Gene A. Picotte,* Helena, for relator.

Per Curiam.

Following ex parte hearing had, it is ordered that relator's application and petition for the issuance of a writ of Supervisory Control herein, be and it is denied without prejudice to the rights of any party litigant at subsequent stages of the proceeding now pending in the District Court.